STRONG *v.* STATE OF INDIANA.

[No. 0-477. Filed June 27, 1957.]

*Charles Strong, pro se.*

PER CURIAM—Petitioner has asked for a writ of mandate. It now appearing that the relief sought by such petitioner has been fully granted and that the subject of the petition is now moot, the same is dismissed.

NOTE.—Reported in 143 N. E. 2d 81.